**Dismissed and Memorandum Opinion filed June 14, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00395-CR
_____

**SHAWN BRADLEY ROGERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1337425**

## MEMORANDUM   OPINION

Appellant entered a guilty plea to unauthorized use of a motor vehcile.   In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on April 9, 2012, to confinement for three years in the Institutional Division of the Texas Department of Criminal Justice.   Appellant filed a pro se notice of appeal.   We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal.   *See* Tex. R. App. P. 25.2(a)(2).   The trial court's certification is included in the record on

appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Jamison.
Do Not Publish — TEX. R. APP. P. 47.2(b)